IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **SAMUEL K. JACOBS, et al** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| v. | * | |
| | * | |
| **FRIEDMAN, et al** | * | |
| | * | |
| **Defendants** | * | Case No.: 1:07-CV-01625 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL ANSWER TO COMPLAINT

NOW COMES, Sidney S. Friedman, Greg I. Rose, Weinstock, Friedman & Friedman, P.A., Yelin Shi, and Yu Fan, Defendants, by and through their attorneys, Sidney S. Friedman and Weinstock, Friedman & Friedman, P.A., and pursuant to Federal Rules of Civil Procedure, Rules 12(e), 8(a)(2), 9(b), and 10(b), herein responds in opposition to Plaintiffs' Motion to Compel Answer, and in support states as follows:

1. Through this filing, Plaintiffs have added no additional substance to support their position.

2. The Amended Complaint does not comply with the federal rules for pleading.

3. Defendants incorporate by reference their Motion for a More Definite Statement, and Motion to Strike, both previously filed in this matter.

WHEREFORE, Sidney S. Friedman, Greg I. Rose, Weinstock, Friedman & Friedman,

P.A., Yelin Shi, and Yu Fan, Defendants, respectfully request this Honorable Court to deny Plaintiffs' Motion, and to grant their Motion for a More Definite Statement and Motion to Strike, and thus, require Plaintiffs to file a more definite statement to which Defendants may frame a proper responsive pleading.

Respectfully submitted,

__/S/ Sidney S. Friedman_____
Sidney S. Friedman
DC Federal Bar No.: 464753

Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, Maryland 21208
(410) 559-9000
(410) 559-9009 Fax
ssf@weinstocklegal.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **SAMUEL K. JACOBS, et al** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| v. | * | |
| | * | |
| **FRIEDMAN, et al** | * | |
| | * | |
| **Defendants** | * | Case No.: 1:07-CV-01625 |
| | * | |

**************************************************************************

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL ANSWER

Defendants have previously filed a Motion for a More Definite Statement. They have also filed a Motion to Strike improper material from the Plaintiffs' complaint, as well as to strike their Plaintiffs' Response to their Motion in its entirety, because that document is replete with improper and derogatory comments regarding the collective Defendants[1]. The Court has not yet issued its ruling on these Motions. Therefore, Plaintiffs' latest Motion, is merely an extension of its prior response and reply to Defendants' Motion for a More Definite Statement; its adds no substance that is not already before this Court. And once again, Defendants are being forced to file responses to Plaintiffs' endless filings in their many lawsuits against these Defendants.

As stated previously, Federal Rule 8(a)(2) mandates that a complaint set forth a "short

---

[1] In their Motion, Plaintiffs state that they "will not retract the statements made in the previous filing." Motion at ¶ 14. Defendants assume that Plaintiffs are referring to their Motion to Strike.

3

and plain statement of the claim showing that the pleader is entitled to relief." Pleading special matters, such as fraud, or aspects of RICO claims, have a heightened pleading standard, and must be set forth with particularity. Fed. Rule Civ. P. 9(b). RICO claims, for example, must be sufficient to ensure that a defendant has clear notice of the factual basis of the predicate acts. Although Plaintiffs contend that they have complied with these rules, they have not. The purported allegations contained in the Amended Complaint, are an incoherent mix of narrative, interlaced with improper legal conclusions and citations to state and federal case law, numerous federal statutes, the U.S. Constitution, secondary sources, and allegations of various torts of invasion of privacy, fraud on a court, and breaches of contract, among others. If the Amended Complaint is read by omitting the legal conclusions, and citations to cases, statutes, and secondary sources, which comprise the bulk of the pleading, then there are relatively few facts alleged, and certainly no facts to support their RICO claims.

    Plaintiffs' statements are mere bald allegations, yet the rules require that when pleading special matters, such RICO claims, that the pleadings contain specific facts. Even in their Motion, Plaintiffs are beseeching that the Defendants be required to respond to alleged violations of 21 statutes that Plaintiffs have cited, however, it is Plaintiffs who should be required to plead sufficient <u>facts</u> showing their entitlement to relief. Plaintiffs must properly plead their claims, and then it will ultimately be Plaintiffs who must carry the burden of proof. To the contrary, however, Plaintiffs allege very few facts, and then improperly seem to place the burden of proof on the Defendants. For example, in their Motion, Plaintiffs ask if defense counsel can prove that there was never a transceiver or transmitter in Mr. Shi and Ms. Fan's house, or whether Mr. Shi and Ms. Fan can prove that they were never part of a group that gathered defense information and

smuggled it from the country. *See* Motion at ¶ 15. Plaintiffs also improperly attempt to support their Motion by reciting what they allege to be passages from pleadings in the Eastern District of Virginia case. Furthermore, Plaintiffs' position that the Defendants are only observing the proceedings, which somehow warrants an admission of Plaintiffs' allegations, is preposterous, as is their prayer to the Court, which again, is an improper legal conclusion. *See* Motion at page 7, ¶ 17 and prayer for relief.

As stated previously, Defendants should not have to respond to such an incoherent pleading, nor should they be forced to blindly set out on a discovery fishing expedition in an attempt to figure out what the Plaintiffs' claims are. To the contrary, Plaintiffs should be required to plead sufficient <u>facts</u>, including facts to support their RICO claims. Accordingly, Defendants request that the Court grant their Motion for a More Definite Statement, and deny Plaintiffs' Motion to Compel Answer. Defendants also renew their Motion to Strike, incorporated herein by reference.

Respectfully submitted,

  /S/ Sidney S. Friedman
DC Federal Bar No.: 464753

Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, Maryland 21208
(410) 559-9000
(410) 559-9009 Fax
ssf@weinstocklegal.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY, that on this 25th day of January 2008, a copy of the foregoing Defendants' Response in Opposition to Plaintiffs' Motion to Compel Answer, was electronically filed, and was also sent first class mail, postage prepaid to: Samuel K. Jacobs, 2300 M Street, N.W., Suite 838, Washington, D.C. 20037, and Nancy Heckerman, 2300 M Street, N.W., Suite 838, Washington, D.C. 20037.

          /S/ Sidney S. Friedman

          Weinstock, Friedman & Friedman, P.A.
          4 Reservoir Circle
          Baltimore, Maryland 21208

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **SAMUEL K. JACOBS, et al** | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| FRIEDMAN, et al | * | |
| | * | |
| Defendants | * | Case No.: 1:07-CV-01625 |
| | * | |

***********************************************************************

**(Proposed) ORDER**

Upon consideration of Plaintiffs' Motion to Compel Answer and Defendants' Response thereto, and Defendants' Motion for a More Definite Statement, and Plaintiffs' Response thereto, it is this _____ day of _____, 2008, hereby

**ORDERED**: That Defendants' Motion for a More Definite Statement is hereby **GRANTED**; and it is further

**ORDERED**: That Plaintiffs file an amended complaint within 10 days of this order and it is further

**ORDERED**: That Plaintiffs' Motion to Compel Answer is hereby **DENIED**.

_____        _____
Date                                                                 United States District Court Judge for the
                                                                          District of Columbia