

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL K. JACOBS, et al,<br><br>    PLAINTIFFS,<br>v.<br><br>SIDNEY S. FRIEDMAN, et al,<br><br>    DEFENDANTS. | CASE NO.: 1:07cv1625<br><br>HONORABLE JUDGE:<br>    REGGIE B. WALTON |

## MOTION FOR EXTENSION OF TIME TO OBTAIN COUNSEL

COMES NOW the Plaintiffs Samuel K. Jacobs and Nancy Heckerman who hereby request an extension of time pursuant to Rule 6(b) (Time) of the Federal Rules of Civil Procedure to acquire the services of a counsel to represent them in this cause of action. The Plaintiffs state that they find it necessary to acquire an attorney at this stage for the following reasons, to-wit:

A. That this case has become too complex and requires the knowledge and experience of a qualified attorney to represent the Plaintiffs and to file the necessary documents to procure the crucial evidence to prove the merits of this cause of action;

B. That the Plaintiffs assert that this case is important and the monetary loss is too large to have it dismissed for alleged technicalities since a third party has sent the 'Notice of Intent to Sue' to the Plaintiffs, Plaintiffs' company, and included three of the Defendants named in this law suit for the breach of contracts and inducement to breach the contracts.

C. That the three related lawsuits presently in this Court are important because they prove the extent of what actions the Plaintiffs have taken to recover the monetary damages incurred by this third party, and an attorney who has the knowledge to represent a RICO cause of action, and is

familiar with the history of the previous actions, will be able to better represent the Plaintiffs in all of these cases;

D. That the Plaintiffs' company will be involved in this cause of action due to the fraud committed against it due to the breach of contract and inducement of breach of contract, and **the Federal Rules of Civil Procedure requires that a corporation be represented by a licensed attorney pursuant to the Federal Rules of Civil Procedure and the laws of the State where the corporation was incorporated**;

E. That the attorney who was representing the Plaintiffs in other causes does civil cases only and did not want to represent this case because he stated that he does not do criminal law; and,

F. That the Plaintiffs have health issues which must be immediately addressed thereby preventing them from designating the appropriate time and concentration to this case. Plaintiff Heckerman has delayed surgery for almost a year and the situation is becoming critical.

WHEREFORE the Plaintiffs pray that the Court please extend the time to answer any current or future pleadings until they have arranged to have an attorney represent them in this cause. Plaintiffs are already interviewing law firms and most attorneys ask for thirty to forty-five days to review the pleadings and events, file an Appearance and submit any necessary pleadings.

Dated this 25th day of August, 2008.

Respectfully submitted,

_____          _____
Samuel K. Jacobs                                                  Nancy Heckerman

OFFICE OF SAMUEL K. JACOBS
2300 M Street NW, Suite 838
Washington, D.C. 20037
Telephone: 202-416-1753
E-mail: sjnhjacobs@msn.com

MOTION FOR EXTENSION OF TIME—Page 2 of 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL K. JACOBS, et al, <br><br> PLAINTIFFS, <br> v. <br><br> SIDNEY S. FRIEDMAN, et al, <br><br> DEFENDANTS. | CASE NO.: <u>1:07cv1625</u> <br><br> HONORABLE JUDGE: <br> <u>REGGIE B. WALTON</u> |

## ORDER

This matter having this day regularly come before me for hearing, pursuant to the filing by the Plaintiffs for a 'MOTION FOR EXTENSION OF TIME TO OBTAIN COUNSEL,' and the Court being fully advised in the premises, and good cause appearing therefor,

Hereby GRANTS the Plaintiffs the motion of an extension of time until _____ to obtain counsel to represent and defend them in these proceedings.

It is hereby ORDERED, that Plaintiffs' said motion be, and the same is hereby, GRANTED, and, that this Court shall continue this case as it was assigned; and,

That the Clerk of this court hereby is ordered and directed to immediately certify and enter a copy of this order, and that the parties be ordered to proceed with the case from this day forward.

Done and ORDERED this _____ day of _____, 2008.

_____
JUDGE OF THE DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I caused the foregoing to be served by First Class U.S. Mail: "MOTION FOR EXTENSION OF TIME TO OBTAIN COUNSEL" in the United States District Court for the District of Columbia on the following Defendants' attorney:

SIDNEY S. FRIEDMAN
WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.
Executive Centre
4 Reservoir Circle
Baltimore, Maryland 21208-7301

_____
Nancy Heckerman, Plaintiff