**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **SAMUEL K. JACOBS, et al** | * |
| | * |
|     **Plaintiffs** | * |
| | * |
|   v. | * |
| | * |
| **FRIEDMAN, et al** | * |
| | * |
|     **Defendants** | *   Case No.: 1:07-CV-01625 |
| | * |

**************************************************************************

## RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO OBTAIN COUNSEL

NOW COMES, Sidney S. Friedman, Greg I. Rose, Weinstock, Friedman & Friedman, P.A., Yelin Shi, and Yu Fan, Defendants, by and through their attorneys, Sidney S. Friedman and Weinstock, Friedman & Friedman, P.A., and pursuant to Federal Rules of Civil Procedure, Rule 6(b), herein responds in opposition to Plaintiffs' Motion and for cause states as follows:

    1.    Plaintiffs request that the Court grant them an extension of time to "answer any current or future pleadings until they have arranged to have an attorney represent them in this case." *See* Plaintiffs' Motion.

    2.    This is an open-ended request which does not identify a specific document to which the request relates, nor does it comply with the federal or local rules, specifically, Federal Rule 6(b) and Local Rule 7(m).

    3.    If Plaintiffs' request is granted, further prejudice to Defendants will result.

WHEREFORE, Sidney S. Friedman, Greg I. Rose, Weinstock, Friedman & Friedman, P.A., Yelin Shi, and Yu Fan, Defendants, request this Honorable Court to:

A.  Deny Plaintiffs' Motion.

Respectfully submitted,

/S/ Sidney S. Friedman
Sidney S. Friedman
DC Federal Bar No.: 464753

Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, Maryland 21208
(410) 559-9000
(410) 559-9009 Fax
ssf@weinstocklegal.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **SAMUEL K. JACOBS, et al** | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| **FRIEDMAN, et al** | * | |
| | * | |
| Defendants | * | Case No.: 1:07-CV-01625 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

As is explained in Defendants' Motion to Dismiss and other Motions previously filed in this matter, Defendants have endured several years of expending a great amount of time and money defending against the multiple, vexatious, and frivolous lawsuits that Plaintiffs have brought against them in various jurisdictions. This matter has been pending in this Court for some time, as has the related case against Mr. Friedman and his wife, Case No. 07-2057. Plaintiffs have had no trouble in bringing these lawsuits, yet now when they are facing a Motion to Dismiss, they balk at filing a timely response, couched as their need to retain an attorney. As with the allegations in their many lawsuits, Plaintiffs make a number of vague and unsupported statements to bolster their Motion to Extend Time. Not one of their "reasons" is supported, and most are not even slightly valid. For example, Plaintiffs claim that their "company will be involved in this cause of action...." and that it must be represented by an attorney. While it is

true that business entities are required to be represented by an attorney when appearing before this Court, the fact is, that Plaintiffs' alleged "company" is <u>not</u> a party to this lawsuit.  Even if the "company" was added as a party plaintiff, it is not a party at this time and is not subject to the Motion to Dismiss.  Likewise, it matters none that Plaintiffs' prior attorney only handles civil cases and "...did not want to represent this case because he stated that he does not do criminal law."  This <u>is</u> a civil case and is <u>not</u> a criminal action.  Nor is this case related to some alleged "Notice of Intent to Sue" that Plaintiffs refer to.  Finally, if Plaintiffs have health issues that preclude them from "designating the appropriate time and concentration to this case," that too should not fall burden to Defendants.  This is a familiar tactic and not the first time that Plaintiffs have used these similar excuses to request that a matter be stayed, albeit one in which they've used in prior cases filed against Mr. Shi and Ms. Fan.

     Plaintiffs are required to show cause as the basis for their request to extend time.  *Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990).  As stated above, however, Plaintiffs have failed to do so.  Although the Court has broad discretion to either grant or deny a request to enlarge time, given the circumstances of this matter, Plaintiffs' request should be denied.  *Yesudian v. Howard Univ.*, 270 F.3d 969, 971 (D.C.Cir.2001).  Plaintiffs have failed to show any valid cause for why the Court should grant their Motion, and their request is totally open-ended.  Indeed, Plaintiffs have not made a request for a specific time frame for the extension, and are merely "interviewing law firms."  Plaintiffs may retain an attorney at any time, however, holding up this case to allow them to do so will certainly cause more prejudice to Defendants.  Defendants have an interest in having this matter resolved as expeditiously as possible, and they should not be faced with Plaintiffs' continuous preposterous allegations.  This prejudice is in the form of huge

amounts of time expended in responding to these lawsuits, attorneys fees and costs, and reputation damage, the extent of which is not yet known. In addition, there are issues of judicial and case-management economy, given the multiple lawsuits being filed by Plaintiffs in this Court. For these reasons, Plaintiffs' Motion should be denied. Additionally, Plaintiffs should be required to file a response to Defendants' Motion to Dismiss in accordance with the Federal and Local Rules, if they choose, but a stay of this matter indefinitely is certainly not warranted.

Respectfully submitted,

/S/ Sidney S. Friedman
Sidney S. Friedman
DC Federal Bar No.: 464753

Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, Maryland 21208
(410) 559-9000
(410) 559-9009 Fax
ssf@weinstocklegal.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on this 27th day of August 2008, a copy of the foregoing Defendants' Motion to Dismiss, was electronically filed, and was also sent first class mail, postage prepaid to: Samuel K. Jacobs, 2300 M Street, N.W., Suite 838, Washington, D.C. 20037, and Nancy Heckerman, 2300 M Street, N.W., Suite 838, Washington, D.C. 20037.

/S/ Sidney S. Friedman

Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, Maryland 21208