# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAMUEL K. JACOBS, et al,

      PLAINTIFFS,

v.

SIDNEY S. FRIEDMAN, et al,

      DEFENDANTS.

CASE NO.: 1:07cv1625

HONORABLE JUDGE:
   REGGIE B. WALTON

## REPLY TO  RESPONSE  TO DENY PLAINTIFFS' EXTENSION  OF  TIME  TO OBTAIN

## COUNSEL

      COMES NOW the Plaintiffs Samuel K. Jacobs and Nancy Heckerman who hereby state that if seeing is believing, then the Defendants' false allegations are not to be believed, and, Planitiffs state the following, to-wit:

      **1. THAT PLAINTIFFS BESEECH THE HONORABLE COURT TO PLEASE READ THE ATTACHED LETTERS, MOTION, AND OTHER DOCUMENTS WHICH WERE SUBMITTED TO HONORABLE JUDGE PAUL MCGUCKIAN[1] IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND, BY DEFENDANTS SIDNEY S. FRIEDMAN AND  WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A., ON BEHALF OF YELIN SHI AND YU FAN. ALSO, PLEASE READ THE ATTACHED RESPONSE FILED BY PLAINTIFFS' ATTORNEY IN THAT CAUSE.**

---

[1] Who  fills in where needed in the Circuit Courts of Maryland. Plaintiffs state nothing negative against this judge who, from their understanding, did not even know what was going on in this case. Why  was he selected by the Defendants' to *alone* receive their filings?

MOTION FOR EXTENSION OF TIME—Page 1 of 5

2. *That said pleadings **unequivocally** support the Plaintiffs' allegations in this cause of action*. *WHAT BETTER EVIDENTIARY PROOF OF PLAINTIFFS' AVERMENTS IN THIS CASE THAN THE DEFENDANTS' FILING OF SELF-INCRIMINATING EVIDENCE DIRECTLY IN ANOTHER COURT?*

3. That the Plaintiffs have alleged that the Defendants Sidney S. Friedman, Greg I. Rose, Weinstock, Friedman & Friedman, P.A., Yelin Shi and Yu Fan have used threats of violence, and harassment to intimidate the Plaintiffs through their staff to collect unlawful debts. The Defendants are alleged to have committed the following criminal acts:

a. Defendant Sidney S. Friedman, on behalf of Greg I. Rose and Weinstock, Friedman & Friedman, P.A., verbally intimidated and threatened the Plaintiffs' staff through wire fraud that they would come with the Sheriff and take all of the office furniture, equipment and personal affects;

b. Yelin Shi and Yu Fan stalked the Plaintiffs' house and threatened to kill the Plaintiffs or hire another a Chinese from New York to kill them;

c. Conspired with a known Al Qaeda member in Canada to obtain banking information about the Plaintiffs in order to file the seizure of Plaintiffs' bank account which is NOT part of the Fair Debt Collection Practices Act; and,

d. Threatened to kidnap the Plaintiffs' grandchild in front of a witness and on a school ground.

4. That with this latest threat which was filed in a court, the Plaintiffs state that the Defendants have also directly and openly committed an obstruction of justice in violation of Title 18 U.S.C.A. § 1512 (Tampering with a witness, victim, or an informant) and Title 18 U.S.C.A. §

1513 (Retaliating against a witness, victim, or an informant) by purposely omitting and actually hiding truthful facts from the Court.

5. That Mr. Fred Goldberg, Plaintiffs' attorney, also wrote a letter to the judge because, as he stated, he was "incensed" that Defendant Sidney S. Friedman would file for this body attachment and yet omit the fact that the Plaintiffs Jacobs and Heckerman had already complied with the Court Order back in April 15, 2008.

**6.    That the Plaintiffs aver that this Honorable Court can have no better proof of the Plaintiffs' allegations of threats and harassment than the Defendants' direct filing IN WRITING of yet another threat to have the Sheriff come and  arrest the Plaintiffs for body attachment in a case which has been closed and for an issue which was moot in the court on April 15, 2008.** _**The Defendants had no cause to file this motion for body attachment other than to intimidate the Plaintiffs with  the threat of fear of violence and harassment.**_

7. That   Mr. Fred Goldberg had told the Plaintiffs to get a criminal attorney to handle this case in this Court because of Defendants' actions in other courts over four years.  From  the attached filings in Case Number: cv280832 in the Circuit Court for Montgomery County, Maryland, the Court can finally see for itself that the Plaintiffs' allegations are neither fictitious and false, nor is there any stopping Defendants Sidney S. Friedman, and  Weinstock, Friedman & Friedman, P.A., from continuing to filing motions to threaten, harass and intimidate the Plaintiffs, even in a case which is already closed without  this case proceeding to trial with counsel for both sides.

8. That Mr. Goldberg also wrote in the letter to retired Judge Paul Mc Guckian that the Plaintiffs had complied for an Order for an Oral Exam on April 15, 2008, and that Plaintiff Samuel K. Jacobs was deposed but Defendant Friedman declined to interview Plaintiff Heckerman. Defendant Sidney S. Friedman  attached  the motion for body attachment and a blank order to that

letter which omitted this vital information of the oral exam already having been held, and did not bother to file the motion with the Clerk of the Court.

9.  Why did Defendant Friedman file this motion to a retired judge when the case had already been "closed" unless the Defendants thought that they could make this bold and erroneous written threat without sanctions being imposed since the Plaintiffs are pro ses?

10.  That Plaintiffs allege that Defendants would never have attempted such a tactic in THIS Court if the Plaintiffs were represented by an attorney since an attorney in this Court would probably and immediately file for Rule 11 sanctions against the Defendants for obstruction of justice. Plaintiffs deserve representation to carry this case through to trial since the they do not understand how an attorney can pull such unethical stunts like this for over four years and be "exempt" from the same laws which would incriminate any other Citizen. Why is this attorney "exempt" from the laws?

11.  That the Plaintiffs have alleged that the Defendants have committed crimes which would institute criminal indictments against any other litigant in the same situation, yet this conspiracy of Defendants has hoodwinked the courts into believing, (and without proof), that it is the Plaintiffs who should be treated as criminals simply because they file truthful pleadings with legitimate supporting evidentiary proof, and, even witnesses. *What authentic and supportive proof have the Defendants ever submitted on their behalf in all of these cases to support their actions? NONE.*

12.  That like every other litigant, Plaintiffs have an Amendment VI constitutional right to an attorney since the Defendants want the Court to fraudulently believe that the Plaintiffs are criminals and these allegations must be disputed.

MOTION FOR EXTENSION OF TIME—Page 4 of 5

THEREFORE, this latest action by Defendants, in writings submitted to a Judge of a court, prove that the Plaintiffs' Motion for Extension of Time to Obtain Counsel must be granted in order to bestow a fair and impartial trial to ALL parties concerned in this cause of action..

Dated this 2nd day of September, 2008.

Respectfully submitted,

Samuel K. Jacobs                                     Nancy Heckerman

OFFICE OF SAMUEL K. JACOBS
2300 M Street NW, Suite 838
Washington, D.C. 20037
Telephone: 202-416-1753
E-mail: sjnhjacobs@msn.com

## WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.

LAW OFFICES

EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009
NORTHERN VA, DC & MD SUBURBS
800-999-8286

WWW.WEINSTOCKLEGAL.COM

**PARTNERS**
SIDNEY S. FRIEDMAN (MD, DC)
EDWARD J. FRIEDMAN (MD, DC, VA)
JEFFREY M. LIPPMAN (MD, DC)

**OF COUNSEL**
MELVIN J. WEINSTOCK
MARC E. SHACH

**MANAGING ATTORNEYS**
ILONA M. FISHER
WILLIAM H. THRUSH, JR. (MD, DC)

**ATTORNEYS**
GREG I. ROSE (MD, DC, PA, VA)
MICHAEL W. MOORE (MD, DC)
CRAIG A. SCHOENFELD
CHRISTINE GAGE
SHANNON B. KREBSTOOL (MD, DC)
H. JEFFREY ZIEGLER (MD, DC)
DENISE L. KINNARD
JOHN R. ROSSBACH
J.C. AMOR (MD, WY)
JASON E. SOLOMON (MD, DC)
OWEN BLUM (MD, DC)
WALTER D. TY
REBECCA A. CARTER
JAMIE B. GLICK (MD, DC)
KIMBERLY A. SAXON
VICTOR A. LEMBO
MELISSA L. FRENTZ
LISA D. ETTLINGER
LISA L. GEIER
DARLENE T. DAVIES
LAYLA SAID
JORDAN I. SELZER (MD, DC)
D. WILLIAM BROOKE (MD, DC)
TATARISHA D. HARRIS (MD, NY, NJ)
SUZAN A. PHILIPS (MD, MA, JAMAICA)
WAYNE G. GRACEY (MD, PA)
ROSEMARY E. ALLUUS
BRIAN GREUTER

August 22, 2008

The Honorable Paul McGuckian
Circuit Court of Maryland for Montgomery County
Room 321
Montgomery County Judicial Center
50 Maryland Avenue
Rockville, MD 20850

Re:   *Yelin Shi, et al. vs. Samuel K. Jacobs, et. al.*
Case No. 280832-V
Our File No. 4-185581

Dear Judge McGuckian:

A Show Cause Order for Contempt Hearing was held before you on April 10, 2008 with regard to the above matter. Defendants Jacobs and Heckerman failed to appear . Their attorney Mr. Goldberg appeared, and after oral argument, you granted Plaintiff's Motion for Contempt and a Body Attachment, and requested the submission of an Order. Attached is an Order for your review and signing.

The delay in submitting this Order was due to settlement efforts and negotiations which transpired following the April hearing. Unfortunately, they were fruitless, thereby requiring a filing of this Motion.

Thank you.

Very truly yours,

Sidney S. Friedman

SSF/djm
Enclosure

Page Two
The Honorable Paul McGuckian
August 22, 2008

cc:   Fred B. Goldberg, Esq.
      7101 Wisconsin Avenue, Suite 1201
      Bethesda, MD 20814

      Samuel K. Jacobs
      Nancy Heckerman
      2300 M Street, N.W., Suite 838
      Washington, DC 20037

      Yelin Shi
      Yu Fan
      12922 River Road
      Potomac, MD 20854

WEINSTOCK, FRIEDMAN &
FRIEDMAN, P.A.
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7001

410-559-9000
FAX: 410-559-9009



# WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.

EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009
NORTHERN VA, DC & MD SUBURBS
800-999-8286

WWW.WEINSTOCKLEGAL.COM

PARTNERS
SIDNEY S. FRIEDMAN (MD, DC)
EDWARD J. FRIEDMAN (MD, DC, VA)
JEFFREY M. LIPPMAN (MD, DC)

OF COUNSEL
MELVYN J. WEINSTOCK
MARC E. SHACH

MANAGING ATTORNEYS
ILONA M. FISHER
WILLIAM H. THRUSH, JR. (MD, DC)

ATTORNEYS
GREG I. ROSE (MD, DC, PA, VA)
MICHAEL W. MOORE (MD, DC)
CRAIG A. SCHOENFELD
CHRISTINE GAGE
SHANNON B. KREBHTOOK (MD, DC)
H. JEFFREY ZIEGLER (MD, DC)
DENISE L. KINNARD
JOHN R. ROSSBACH
J.C. AMOS (MD, WV)
JASON E. SOLOMON (MD, DC)
OWEN BLUM (MD, DC)
WALTER D. TY
REBECCA A. CARTER
JAMIE B. GLICK (MD, DC)
KIMBERLY A. SAXON
VICTOR A. LEMBO
MELISSA L. FRENTZ
LISA D. ETTLINGER
LISA L. GEIER
DARLENE T. DAVIES
LAYLA SAID
JORDAN I. SELZER (MD, DC)
D. WILLIAM BROOKE (MD, DC)
TATARSHA D. HARRIS (MD, NY, NJ)
SUZAN A. PHILLIPS (MD, MA, JAMAICA)
WAYNE G. GRACEY (MD, PA)
ROSEMARY E. ALLULIS
BRIAN GREUTER

August 22, 2008

The Honorable Paul McGuckian
Circuit Court of Maryland for Montgomery County
Room 321
Montgomery County Judicial Center
50 Maryland Avenue
Rockville, MD 20850

Re:     *Yelin Shi, et al. vs. Samuel K. Jacobs, et. al.*
        Case No. 280832-V
        Our File No. 4-185581

Dear Judge McGuckian:

A Show Cause Order for Contempt Hearing was held before you on April 10, 2008 with regard to the above matter. Defendants Jacobs and Heckerman failed to appear . Their attorney Mr. Goldberg appeared, and after oral argument, you granted Plaintiff's Motion for Contempt and a Body Attachment, and requested the submission of an Order. Attached is an Order for your review and signing.

The delay in submitting this Order was due to settlement efforts and negotiations which transpired following the April hearing. Unfortunately, they were fruitless, thereby requiring a filing of this Motion.

Thank you.

Very truly yours,

Sidney S. Friedman

SSF/djm
Enclosure

Page Two
The Honorable Paul McGuckian
August 22, 2008

cc:    Fred B. Goldberg, Esq.
       7101 Wisconsin Avenue, Suite 1201
       Bethesda, MD 20814

       Samuel K. Jacobs
       Nancy Heckerman
       2300 M Street, N.W., Suite 838
       Washington, DC 20037

       Yelin Shi
       Yu Fan
       12922 River Road
       Potomac, MD 20854

WEINSTOCK, FRIEDMAN &
FRIEDMAN, P.A.
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009

YELIN SHI                          *        IN THE

YU FAN

                                   *        CIRCUIT COURT

          Plaintiffs

     vs.                           *        OF MARYLAND

SAMUEL K. JACOBS                   *        FOR

NANCY HECKERMAN

                                   *        MONTGOMERY COUNTY

          Defendants

                                   *        Case No. 280832 - V

                                   *

*    *    *    *    *    *    *    *    *    *    *    *    *

## ORDER OF CONTEMPT AND BODY ATTACHMENT

Upon the foregoing Motion for Show Cause Order for Contempt, response thereto, and

upon hearing and argument held on April 10, 2008, and upon failure of the Defendants to

appear, on April 10, 2008, after notice to them, it is by the Circuit Court of Maryland for

Montgomery County,

ORDERED, that Defendants Samuel K. Jacobs and Nancy Heckerman be and the same

are hereby held in contempt;  and it is further

ORDERED, that Defendants Samuel K. Jacobs and Nancy Heckerman shall be subject

to a body attachment; and it is further

ORDERED, that the Sheriff of the Circuit Court of Maryland for Montgomery County

shall be directed and authorized to arrest and detain Defendants Samuel K. Jacobs and Nancy

Heckerman until such time as they have purged themselves by answering questions and

producing records to Plaintiff's counsel regarding their assets and finances as directed in the

original oral examination, or in the alternative, have posted a bond in the amount of the

judgment, $154,000.00 plus post-judgment interest of $15,745.00 for a total of $169,745.00,

WEINSTOCK, FRIEDMAN &
FRIEDMAN, P.A.,
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009

WHEREFORE, defendants urge this Honorable Court to not execute the proposed Order of Contempt and Body Attachment.

Respectfully submitted,

FRED B. GOLDBERG, P.C.

Fred B. Goldberg # 13578
7101 Wisconsin Avenue
Suite 1201
Bethesda, MD  20814
301-654-1109
301-654-1109 (FAX)

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2008, I served a copy of the foregoing document on all parties hereto, by placing a copy of same with the United States Postal Service, first-class, postage prepaid, addressed to the following:

Sidney S. Friedman, Esq.
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD  21208

Mr. Samuel Jacobs
Ms. Nancy Heckerman
12903 Summit Ridge Terrace
Germantown, MD  20874

Fred B. Goldberg

and have appeared before this Court to explain their failure to appear on April 10, 2008

pursuant to this Court's Order dated March 7, 2008.


_____

Judge Paul McGuckian


cc:    Sidney S. Friedman, Esq.
       4 Reservoir Circle
       Baltimore, MD 21208

       Fred B. Goldberg, Esq.
       7101 Wisconsin Avenue, Suite 1201
       Bethesda, MD 20814

WEINSTOCK, FRIEDMAN &
FRIEDMAN, P.A.
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009

BEFORE THE CIRCUIT COURT OF MARYLAND FOR MONTGOMERY COUNTY
Civil Division

| | |
|---|---|
| **YELIN SHI** | * |
| **And** | * |
| **YU FAN** | * |
| | * |
|     **Plaintiffs,** | * |
| | * Case No. 280832-V |
| **v.** | * |
| | * |
| **SAMUEL K. JACOBS** | * |
| **And** | * |
| **NANCY HECKERMAN** | * |
| | * |
|     **Defendants.** | * |
| | * |

## ORDER

Upon due consideration of plaintiff's Motion for Show Cause Order for Contempt and

Body Attachment, and the Opposition thereto, it is this _____ day of _____, 2008, hereby

ORDERED, that the motion is DENIED as moot, and it is,

FURTHER ORDERED, that the defendants make themselves available to complete

depositions within 30 days of the entry of this Order.


                                                       _____

                                               Judge, Circuit Court of Maryland for
                                               Montgomery County

Copies to:

Sidney S. Friedman, Esq.
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208

Mr. Samuel Jacobs
Ms. Nancy Heckerman
12903 Summit Ridge Terrace
Germantown, MD 20874

Fred B. Goldberg, Esq.
7101 Wisconsin Avenue
Suite 1201
Bethesda, MD  20814

LAW OFFICES
# FRED B. GOLDBERG, P. C.
7101 WISCONSIN AVENUE
SUITE 1201
BETHESDA, MD 20814

FRED B. GOLDBERG (DC,MD,NY)
fbg@fredbgoldberg.com

JULIAN H. SPIRER (DC,MD,DC)
MARK L. ROSENBERG (DC,MD)
BARBARA MOIR CONDOS (DC,MD)
OF COUNSEL

ANGELIA J. WILLIAMS, PARALEGAL
angie@fredbgoldberg.com

(301) 654-3300

FAX: (301) 654-1109

TOLL FREE: (877) 627-0537

www.fredbgoldberg.com

DC OFFICE
1250 CONNECTICUT, NW
SUITE 200
WASHINGTON, DC 20006

August 25, 2008

The Honorable Paul McGuckian
Circuit Court of Maryland for Montgomery County
Room 321
Montgomery County Judicial Center
50 Maryland Avenue
Rockville, MD 20850

RE: *Yelin Shi, et al. vs. Samuel K. Jacobs, et al.*
Case No. 280832-V

Dear Judge McGuckian:

This letter responds to the submission made to you by plaintiffs' counsel requesting a Body Attachment of the defendants.

Mr. Friedman neglects to inform you in that submission that the defendant appeared voluntarily for deposition only five days after the Hearing on the Motion to Show Cause and answered the questions of counsel and provided responsive records.

Under those circumstances I believe the proposed Order has been rendered moot. I have filed the enclosed Opposition with the Clerk of the Court and am providing this copy to you as a courtesy.

Thank you.

Very truly yours,

Fred B. Goldberg

FBG:me
Enclosure
cc: Sidney S. Friedman, Esq.

LAW OFFICES

# FRED B. GOLDBERG, P.C.

7101 WISCONSIN AVENUE
SUITE 1201
BETHESDA, MD 20814

FRED B. GOLDBERG (DC,MD,NY)
fbg@fredbgoldberg.com

JULIAN H. SPIRER (DC,MD,NY)
MARK L. ROSENBERG (DC,MD)
BARBARA MOIR CONDOS (DC,MD)
OF COUNSEL

ANGELIA J. WILLIAMS, PARALEGAL
angie@fredbgoldberg.com

(301) 654-3300

FAX: (301) 654-1109

TOLL FREE: (877) 627-0537

www.fredbgoldberg.com

DC OFFICE
1250 CONNECTICUT, NW
SUITE 200
WASHINGTON, DC 20006

August 25, 2008

Mr. Samuel Jacobs
Ms. Nancy Heckerman
12903 Summit Ridge Terrace
Germantown, MD  20874

RE:  *Yelin Shi, et al. vs. Samuel K. Jacobs, et al.*
Case No. 280832-V

Dear Mr. & Mrs. Jacobs:

Enclosed please find Friedman's request to the Judge that he Order a Body Attachment and my response thereto on your behalf.

Friedman's filing came in this morning and incensed me.  He neglects to tell the Judge that you voluntarily submitted yourselves to deposition and, that in fact, Sam's deposition was held on April 15, 2008.

Until the Court approves my motion to withdraw, or your file an appearance pro se, I will continue to respond to any pleadings that are filed.

Very truly yours,

Fred B. Goldberg

BEFORE THE CIRCUIT COURT OF MARYLAND FOR MONTGOMERY COUNTY
Civil Division

| | |
|---|---|
| YELIN SHI | * |
| And | * |
| YU FAN | * |
| | * |
| Plaintiffs, | * |
| | * Case No. 280832-V |
| v. | * |
| | * |
| SAMUEL K. JACOBS | * |
| And | * |
| NANCY HECKERMAN | * |
| | * |
| Defendants. | * |
| | * |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ISSUANCE OF ORDER FOR CONTEMPT AND BODY ATTACHMENT

Plaintiffs have submitted to this Honorable Court an Order of Contempt and Body Attachment following a hearing on a Motion to Show Cause that was conducted on April 10, 2008/. Defendants object as the issues therein have been rendered moot and such Order would no longer be proper. Plaintiff avers the following:

1. Plaintiff filed a Discovery in Aid of Enforcement and this Court issued an Order dated December 4, 2007 requiring the defendants to appear at a hearing on February 7, 2008 at 11:00 AM before John C. Keating, Esquire, the Standing Examiner to answer questions under oath as to assets, property, or credits they may have to satisfy the judgment in this case, "PROVIDED a copy of the Request and this Order are served on Samuel Jacobs and Nancy Heckerman on or before the 23rd day of January 2008, pursuant to Maryland Rule 2-633 and MD Rule 2-121." (Emphasis in original Order.

2. Plaintiffs did not submit appropriate affidavits to evidence that the requirements of MD Rule 2-121 had been met.

3. In fact, neither defendant was personally served with the Request and Order, and the signature on the "green card" indicating that someone signed for a copy of a delivery of documents at their office, is not the signature of either Mr. Jacobs or Ms. Heckerman, or by anyone who was authorized to accept service of these documents on their behalf.

4. As the precondition to the hearing was not met, under the Rules of this Court, the defendants were not effectively under a Court Order to appear at the hearing and therefore did not attend the hearing at the advice of undersigned counsel.

5. Plaintiffs filed a Motion to Show Cause why the defendant should not be held in Contempt of Court.    A Show Cause hearing was held on April 10, 2008 and the defendants were not present due to health reasons.  The Court, acting within its prerogative granted the motion and requested the plaintiffs to propose an Order to have the Defendants brought into court by the Sheriff to respond to the plaintiffs' questions in aid of execution on the judgment.

6. In response to that Hearing defendants made themselves available for depositions on April 15, 2008.  Deposition of Mr. Jacobs was conducted at that time.  Plaintiffs chose not to depose Mrs. Heckerman (Jacobs) at that time although she was present and ready to respond to whatever questions were to be put before her.  Mr. Jacobs answered plaintiffs' counsel's questions reading their finances and brought responsive records.

7. During a break of Mr. Jacobs' deposition, settlement discussions took place, and Mr. Jacobs agreed to make efforts to borrow, or otherwise obtain funds to satisfy the judgment herein.

8. Unfortunately, although diligent efforts have been undertaken, to date the defendants have not been able to secure the funds to satisfy the judgment.

9. On August 22, 2008 plaintiffs proposed an Order of Contempt and Body Attachment to have this Court Order that "the Sheriff of the Circuit Court for Montgomery County be directed and authorized to arrest and detain Defendants Samuel K. Jacobs and Nancy Heckerman until such time as they have purged themselves by answering questions and producing records to Plaintiffs' counsel regarding their assets and finances as directed in the original oral examination."

## ARGUMENT

The purpose of the Show Cause Order was to secure the presence of the defendants so that they would be required to answer questions and produce records to the plaintiffs' counsel regarding their assets and finances as directed in the original oral examination (See language of plaintiffs' proposed Order).

However, the necessity for an Order such as that proposed was obviated and rendered moot by the defendants' having appeared voluntarily and submitted to the questioning, under oath, by the plaintiffs' counsel on April 15, 2008.

The Body Attachment plaintiffs now seek from the Court is not to secure answers to questions nor records, but is meant to be a scare tactic to intimidate. The Court should not be used for this process.

Defendants answered all the questions put to them as fully and completely as they could under the circumstances. If necessary, defendants would not object to submitting themselves voluntarily to re-open the original deposition to complete it in light of the session having been halted because settlement discussions arose. However, it is not necessary nor appropriate for the Court to issue a Body Attachment when the defendants have already been deposed and volunteer to submit, once again to questioning.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**SAMUEL K. JACOBS, et al,**

      PLAINTIFFS,

v.

**SIDNEY S. FRIEDMAN, et al,**

      DEFENDANTS.

CASE NO.: <u>1:07cv1625</u>

HONORABLE JUDGE:
<u>REGGIE B. WALTON</u>

## <u>ORDER</u>

This matter having this day regularly come before me for hearing, pursuant to the filing by the Plaintiffs for a 'MOTION FOR EXTENSION OF TIME TO OBTAIN COUNSEL,' and the Court being fully advised in the premises, and good cause appearing therefor,

Hereby GRANTS the Plaintiffs the motion of an extension of time until _____ to obtain counsel to represent and defend them in these proceedings.

It is hereby ORDERED, that Plaintiffs' said motion be, and the same is hereby, GRANTED, and, that this Court shall continue this case as it was assigned; and,

That the Clerk of this court hereby is ordered and directed to immediately certify and enter a copy of this order, and that the parties be ordered to proceed with the case from this day forward.

Done and ORDERED this _____ day of _____, 2008.

_____
JUDGE OF THE DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I caused the foregoing to be served by

First Class U.S. Mail: "REPLY TO RESPONSE TO DENY PLAINTIFFS' MOTION FOR

EXTENSION OF TIME TO OBTAIN COUNSEL" in the United States District Court for the

District of Columbia on the following Defendants' attorney:


SIDNEY S. FRIEDMAN
WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.
Executive Centre
4 Reservoir Circle
Baltimore, Maryland 21208-7301



Nancy Heckerman, Plaintiff